UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SKECHERS TONING SHOE PRODUCTS
LIABILITY LITIGATION   MDL No. 2308

(SEE ATTACHED SCHEDULE)

FILED & CERTIFIED
VANESSA L. ARMSTRONG, CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Feb 10, 2015
Name: Michelle Goetzinger
Deputy Clerk

CONDITIONAL TRANSFER ORDER (CTO −25)

On December 19, 2011, the Panel transferred 11 civil action(s) to the United States District Court for the Western District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 831 F.Supp.2d 1367 (J.P.M.L. 2011). Since that time, 36 additional action(s) have been transferred to the Western District of Kentucky. With the consent of that court, all such actions have been assigned to the Honorable Thomas B Russell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Kentucky and assigned to Judge Russell.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Kentucky for the reasons stated in the order of December 19, 2011, and, with the consent of that court, assigned to the Honorable Thomas B Russell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Kentucky. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 10, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SKECHERS TONING SHOE PRODUCTS
LIABILITY LITIGATION                                            MDL No. 2308

SCHEDULE CTO−25 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NEVADA | | | |
| NV | 2 | 15−00091 | Landry v. Skechers U.S.A., Inc. et al |
| NV | 2 | 15−00095 | McGinley vs Skechers U.S.A., Inc, et al. |
| NV | 2 | 15−00097 | Williams v. Skechers U.S.A., Inc. et al |
| NV | 2 | 15−00099 | Dougherty v. Skechers Fitness Group et al |